FILED
JAN 26 2011

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| HICA EDUCATION LOAN CORPORATION, | Case No. 10-cv-1248-BR |
| Plaintiff, | STIPULATED GENERAL JUDGMENT AND MONEY AWARD |
| v. | |
| ROBERT C. STASSI a/k/a ROBERT CRAIG STASSI, | |
| Defendant. | |

Based upon the stipulation by defendant to allow judgment and money award against him in the amount of $43,088.28, and the Court being fully advised in the premises; now, therefore, it is hereby:

ORDERED and ADJUDGED that plaintiff have judgment against defendant, in the amount of $43,088.28, plus interest accruing from the date of January 14, 2011, at the rate of $2.77 per day.

## MONEY AWARD

1. Judgment Creditor:  HICA Education Loan Corporation

2. Attorney for Judgment Creditor:  Carter M. Mann, OSB #960899
Lane Powell PC
601 SW Second Avenue, Suite 2100
Portland, OR 97204
503.778.2100

PAGE 1 -   STIPULATED GENERAL JUDGMENT

| | | |
|---|---|---|
| 3. | Judgment Debtor: | Robert C. Stassi, <br> 1606 NE 223rd Avenue <br> Fairview, Oregon 97024 <br> 503-665-3608 |
| 4. | Unpaid principal amount of judgment: | $31,214.52 |
| 5. | Prejudgment interest on principal amount of judgment | |
| | a. through July 28, 2010: | $11,402.86 |
| | b. from July 29, 2010 through January 14, 2011 | $ 470.90 |
| 6. | Interest accruing after that date at the rate of $2.77 per day | |
| 7. | Attorney fees awarded: | $ *To Be determined* |
| 8. | Costs awarded: | $ *To Be determined* |
| 9. | PREVAILING PARTY FEE: | $ *To Be determined* |

DATED: this 24th day of January, 2011.

_____
United States District Court Judge

**IT IS SO STIPULATED:**

LANE POWELL PC

/s/ Carter M. Mann
Carter M. Mann, OSB No. 960899
Attorneys for Plaintiff


/s/ Robert Craig Stassi
Robert Craig Stassi
Defendant


PAGE 2 -   STIPULATED GENERAL JUDGMENT