UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

FILED
FEB 16 2011

**HICA EDUCATION LOAN CORPORATION,**

        Plaintiff,

v.

**ROBERT C. STASSI, a/k/a ROBERT CRAIG STASSI,**

        Defendant.

Civil No. 3:10-cv-01248-BR

**JUDGMENT FOR ATTORNEYS' FEES**

Based upon the Plaintiff's Motion for Award of Attorneys' Fees filed herein by Plaintiff, HICA Education Loan Corporation ("Plaintiff") pursuant to Fed. R. Civ. P. and L.R. 54-3, and the evidence before this Court, the Court finds that the Plaintiff's Motion should be GRANTED. IT IS, THEREFORE,

ORDERED, ADJUDGED, and DECREED that Plaintiff, HICA Education Loan Corporation shall be, and hereby is, awarded attorneys' fees and costs from and against the Defendant, Robert C. Stassi, a/k/a Robert Craig Stassi, in the amount of $3,111.75, and costs of $380.11.

SIGNED this 16 day of February, 2011.

                      _____
                      United States District Court Judge